IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **THOMAS EARL HENDRICKS and STDWEH, LP,** | § § § § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. **3:16-CV-3020-L** |
| | § | |
| **DANIEL W. UHLFELDER and CYNTHIA S. TUNNICLIFF,** | § § § § | |
| Defendants. | § | |

# ORDER

On March 23, 2017, United States Magistrate Judge Paul D. Stickney entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 33), recommending that the court grant Defendants' Motions to Dismiss for Lack of Personal Jurisdiction (Docs. 7, 9) and dismiss without prejudice this action for lack of personal jurisdiction. Plaintiffs Thomas Earl Hendricks and STDWEH, LP ("Plaintiffs") filed objections to the Report on April 5, 2017 (Doc. 34).

After considering the motions, briefs, evidence, pleadings, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **overrules** Plaintiffs' objections. Accordingly, the court **grants** Defendants' Motions to Dismiss for Lack of Personal Jurisdiction (Docs. 7, 9) and **dismisses without prejudice** this action for lack of personal jurisdiction. All costs are taxed against Plaintiffs.

**It is so ordered** this 13th day of April, 2017.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**